REYNOLDS v. STATE. (8 Div. 997.) (Court of Appeals of Alabama. April 10, 1923.) Appeal from Circuit Court, Marshall

County; W. W. Haralson, Judge. Joe Starnes, of Guntersville, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Reversed and remanded, on authority of Seigler v. State, ante, p. 135, 95 South. 563.